P. RANDOLPH FINCH JR., SBN 185004
E-MAIL: pfinch@mftb.com
DUSTIN R. JONES, SBN 251335
E-MAIL: djones@mftb.com

**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100

Attorneys for Defendants I.E.-Pacific, Inc. and
Travelers Casualty and Surety Company of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## DIVISION OF SAN FRANCISCO

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the Use and Benefit of CENTRAL VALLEY ENGINEERING & ASPHALT, INC.; and CENTRAL VALLEY ENGINEERING & ASPHALT, INC., on its own behalf,<br><br>Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1-10,<br><br>Defendants. | CASE NO: 3:10-CV-02663<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESCHEDULING THE HEARING OF CENTRAL VALLEY ENGINEERING & ASPHALT, INC.'S MOTION TO VACATE<br><br>Assigned to:<br>Hon. Richard Seeborg<br>Courtroom 3, 17th Floor<br><br>Complaint Filed:   June 17, 2010 |

This stipulation is entered into by and between I.E.-Pacific, Inc. ("IEP"), Travelers Casualty And Surety Company Of America ("Travelers") and Central Valley Engineering & Asphalt, Inc. ("CVEA"), through counsel. IEP, Travelers and CVEA are collectively referred to as the "Parties."

### RECITALS

A.   On June 24, 2013, CVEA filed a motion to vacate the arbitration award issued by the arbitrator in the captioned action.

B.   The hearing on CVEA's motion is currently scheduled for 1:30 p.m. on August 1, 2013.

CASE NO.: 3:10-CV-02663

C.   IEP and Travelers' opposition is currently due on July 8, 2013.

D.   CVEA's reply is currently due on July 15, 2013.

E.   The Parties wish to reschedule the hearing for 1:30 p.m. on August 8, 2013.

## STIPULATION

Through counsel, the Parties stipulate as follows:

1. The hearing on CVEA's motion to vacate is rescheduled to 1:30 p.m. on August 8, 2013.

2. IEP and Travelers' opposition must be filed on or before July 8, 2013 (this deadline is unchanged).

3. CVEA's reply must be filed on or before July 15, 2013 (this deadline is unchanged).

SO STIPULATED.

DATED: July 8, 2013        Respectfully submitted,

MARKS, FINCH, THORNTON & BAIRD, LLP


By: s/Dustin R. Jones
    P. RANDOLPH FINCH JR.
    DUSTIN R. JONES
Attorneys for Defendants I.E.-Pacific, Inc. and
Travelers Casualty and Surety Company of America

DATED: July 8, 2013        Respectfully submitted,

MURPHY, CAMPBELL, GUTHRIE & ALLISTON


By: s/Daniel J. Foster
    GEORGE A. GUTHRIE
    DANIEL J. FOSTER
Attorneys for Plaintiff Central Valley Engineering & Asphalt, Inc.

/ / / / /

MARKS, FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

## ~~[PROPOSED]~~ ORDER

After considering the above stipulation and for good cause shown, the Court orders as follows:

1. The hearing on CVEA's motion to vacate is rescheduled to 1:30 p.m. on August 8, 2013.

2. IEP and Travelers' opposition must be filed on or before July 8, 2013 (this deadline is unchanged).

3. CVEA's reply must be filed on or before July 15, 2013 (this deadline is unchanged).

SO ORDERED.

DATED: __7/9_____, 2013   _____
HONORABLE RICHARD SEEBORG

400.020/35A9577.DOCX.kam

3

MARKS, FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

CASE NO: 3:10-CV-02663